RYAN G. WELDON
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT  59802
Phone:  (406) 542-8851
FAX:  (406) 542-1476
E-mail:  Ryan.Weldon@usdoj.gov



FILED
OCT 21 2021
Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 21- 39 -BU- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | FALSE STATEMENTS ON A FINANCIAL STATEMENT TO A BANK (Count I) Title 18 U.S.C. § 1014 (Penalty: 30 years imprisonment, $1,000,000 fine, and five years of supervised release) |
| BRYAN LEE SCHULTZ, Defendant. | |
| | BANK FRAUD (Counts II-VII) Title 18 U.S.C. § 1344 (Penalty: 30 years imprisonment, $1,000,000 fine, and five years supervised release) |
| | WIRE FRAUD (Counts VIII-XVII) Title 18 U.S.C. § 1343 (Penalty: 20 years imprisonment, $250,000 fine, and three years of supervised release) |

1

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to the indictment:

1. The defendant, BRYAN LEE SCHULTZ, opened and operated Roughstock Distillery, Inc., which was designed to manufacture and distribute distilled whiskey. In April 2009, Roughstock Distillery, Inc., offered up to 2,200 shares of common stock through a Private Placement Memorandum. In the event of a dissolution, liquidation, or winding up of Roughstock Distillery, Inc., the corporation would distribute the assets to investors consistent with their proportion of the owned shares.

2. Between January 2016 and November 2017, the defendant, BRYAN LEE SCHULTZ, embezzled money from Roughstock Distillery, Inc., for his own personal benefit, including salary and "consulting" fees that he was not entitled to receive, cash withdrawals at Teasers (among other places), and purchasing luxury items, such as a new 2017 F350 and a Panerai Watch, none of which were authorized or allowed.

3. When unable to pay off loans to Big Sky Western Bank for Roughstock Distillery, Inc., the defendant, BRYAN LEE SCHULTZ, fraudulently claimed he owned assets that were previously sold, making it appear as if Big Sky Western Bank had the necessary security to cover any losses. In reality, however,

SCHULTZ sold the assets out from underneath Big Sky Western Bank and the investors, which totaled $233,299.

4.    As a result of SCHULTZ, Big Sky Western Bank suffered a loss of $122,202, and the private stockholders in Roughstock Distillery, Inc., suffered a loss of $125,000.

## COUNT I –
## FALSE STATEMENTS ON A FINANCIAL STATEMENT TO A BANK

That on or about November 4, 2016, at Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, BRYAN LEE SCHULTZ, knowingly made any false statements and reports, for the purpose of influencing the actions of Big Sky Western Bank, the accounts and deposits of which are FDIC insured, that is, the defendant, BRYAN LEE SCHULTZ, when applying for a loan modification, and during the submission of a financial statement, made false statements to Big Sky Western Bank and its employees, including the following:

- The defendant, BRYAN LEE SCHULTZ, fraudulently showed the sale of fixed assets for Roughstock Distillery, Inc., as the sale of spirits; and,

- The defendant, BRYAN LEE SCHULTZ, fraudulently included as fixed assets of Roughstock Distillery, Inc., assets that SCHULTZ already sold, including the stills, claiming such assets were still owned by Roughstock

Distillery, Inc.

All in violation of 18 U.S.C. § 1014.

## COUNTS II-VII –
## BANK FRAUD

Beginning in or about January 2016, and continuing thereafter until in or about November 2017, at Bozeman, in Gallatin County, in the State and District of Montana, and other places, the defendant, BRYAN LEE SCHULTZ, knowingly executed and attempted to execute a material scheme and artifice to defraud and to obtain moneys and funds owned by, and under the custody and control of a financial institution whose deposits were insured by the FDIC, as identified in the table below, that is, the defendant sold assets over which Big Sky Western Bank had a security interest, which totaled approximately $233,299, without contacting and paying Big Sky Western Bank as required, none of which was authorized, all in violation of 18 U.S.C. § 1344.

| Count | Date | Asset | Amount |
|---|---|---|---|
| II | 10/25/2016 | Vendome Copper Still | $100,000 |
| III | 1/31/2017 | Vendome Copper Still | $25,000 |
| IV | 5/8/2017 | Stainless Steel Tanks | $3,900 |
| V | 7/10/2017 | Wood Fermentation Tanks | $5,000 |
| VI | 8/21/2017 | Wood Fermentation Tanks | $5,000 |
| VII | 11/13/2017 | Forklift | $5,000 |

## COUNTS VIII-XVII - WIRE FRAUD

That in or about January 2016, and continuing thereafter until in or about

November 2017, at Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, BRYAN LEE SCHULTZ, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, knowingly transmitted and caused to be transmitted by means of wire communication, in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice.

## MANNER AND MEANS

The defendant, BRYAN LEE SCHULTZ, executed security agreements that pledged as collateral to Big Sky Western Bank all equipment for Roughstock Distillery, Inc.

The defendant, BRYAN LEE SCHULTZ, represented to investors in Roughstock Distillery, Inc., that if the business dissolved, liquidated, and wound up, then the assets would be distributed ratably among the investors in proportion to their shares.

Instead of paying the money to Big Sky Western Bank, the investors, and others, as promised and required, the defendant, BRYAN LEE SCHULTZ, fraudulently kept the money for himself, including withdrawing cash at Teasers, paying for a new truck, and purchasing a Panerai watch. In addition, the

5

defendant, BRYAN LEE SCHULTZ, paid himself over $46,000 for "salary" and "consulting," despite Roughstock Distillery, Inc., having already ceased operations.

THE INTERSTATE AND FOREIGN WIRE COMMUNICATIONS

During the period of the indictment, it was part of the scheme and artifice to defraud that the defendant, BRYAN LEE SCHULTZ, having devised and intending to devise a material scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, as described herein, and for the purpose of executing the scheme to defraud, knowingly transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, that is, checks and credit card transactions as identified in the table below, which travelled to and from Bozeman, in Gallatin County, in the State and District of Montana, and elsewhere, to and from Dallas, Texas, in the Northern District of Texas, and elsewhere, all in violation of 18 U.S.C. § 1343.

| Count | Date | Item | Amount |
|---|---|---|---|
| VIII | 11/16/2016 | 2017 Ford F350 | $15,000 |
| IX | 1/21/2017 | Panerai LV Forum | $9,700 |
| X | 5/17/2017 | Consulting | $1,250 |
| XI | 6/2/2017 | Consulting | $1,250 |
| XII | 6/12/2017 | Consulting | $1,500 |

| | | | |
|---|---|---|---|
| XIII | 7/12/2017 | Consulting | $2,000 |
| XIV | 8/1/2017 | Consulting | $2,500 |
| XV | 8/23/2017 | Consulting | $2,500 |
| XVI | 9/12/2017 | Consulting | $2,500 |
| XVII | 1/16/2018 | Innovative Playgrounds Company, LLC | $63,000 |

A TRUE BILL.                    Foreperson signature redacted. Original document filed under seal.

_____        FOREPERSON
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓ 11/18/21 @ 2:00pm
                 KLD-msla
Warrant: _____
7    Bail: _____